UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| EDWARD BRISCOE; LINDA BALLARD; ANTHONY DEBERRY; GREG DONAHOE; GLADYS WAITERS; and SUSAN VINCENZO, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>  v.<br><br>NTVB MEDIA INC.,<br><br>              Defendant. | Case No. 5:22-cv-10352-FKB-KGA<br><br>Hon. F. Kay Behm<br>Mag. Kimberly G. Altman<br><br>**STIPULATION** |

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS' RESPONSE BRIEF TO DEFENDANT'S OBJECTION (ECF NO. 43) TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF NO. 41)**

The Parties to this action, Plaintiffs, individually and on behalf of all other similarly situated, and Defendant, by and through their counsel, hereby stipulate and agree as follows:

1.    On March 3, 2023, Magistrate Judge Altman issued a Report and Recommendation (ECF No. 41), recommending that Defendant NTVB's Motion to Dismiss (ECF No. 20) and Motion to Certify Question and Stay Proceedings (ECF No. 21) be denied.

2.    On March 10, 2023, Defendant filed a motion for an extension of time, seeking an additional 14 days to file its Objections (ECF No. 42), and on March 14,

2023, the Court issued a text-only order granting this extension, and permitting Defendant to file its Objections by March 31, 2023.

3. On March 31, 2023 Defendant filed its Objections (ECF No. 43), and under L.R. 72.1(d)(3), Plaintiffs would have 14 days to respond, or until April 14, 2023.

4. Following the filing of Defendant's Objections, consisting of a 25-page brief, on March 31, 2023, Plaintiffs requested that Defendant consent to Plaintiffs' request for an additional 14 days in which respond to Defendant's Objections.

5. On April 3, 2023, counsel for Defendant communicated with counsel for Plaintiffs that Defendant consents to Plaintiffs' request for a 14-day extension.

6. The agreed-to extension, for good cause and subject to approval of the Court, sets the due date for Plaintiffs' Response to Defendant's Objections as April 28, 2023.

WHEREFORE, the Parties, by and through their counsel, hereby stipulate that the Court grant Defendant an extension of time up to April 28, 2023, for Plaintiffs to file their response to Defendant's Objections (ECF No. 43) to the Magistrate Judge's Report and Recommendation (ECF No. 41).

Dated: April 5, 2023                                                Respectfully submitted,

By: */s/ E. Powell Miller*                          */s/ Brendan J. Healey (w/permission)*
E. Powell Miller (P39487)                        Steven L. Baron
**THE MILLER LAW FIRM, P.C.**            Brendan J. Healey
950 W. University Drive, Suite 300           **Baron Harris Healey**
Rochester, MI 48307                                150 South Wacker Drive, Ste. 2400
Tel: 248.841.2200                                     Chicago, IL 60606
epm@millerlawpc.com                            (312) 741-1029

Joseph I. Marchese (P85862)
jmarchese@bursor.com
Philip L. Fraietta (P85228)
pfraietta@bursor.com
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150

Frank S. Hedin
fhedin@hedinhall.com
Arun G. Ravindran
aravindran@hedinhall.com
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801

*Proposed Class Counsel*

sbaron@bhhlawfirm.com
bhealey@bhhlawfirm.com

Andrew M. Harris (P62265)
**Kitch Drutchas Wagner Valitutti & Sherbrook**
One Woodward Ave., Ste. 2400
Detroit, MI 48226
(313) 965-7991
andrew.harris@kitch.com

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| EDWARD BRISCOE; LINDA BALLARD; ANTHONY DEBERRY; GREG DONAHOE; GLADYS WAITERS; and SUSAN VINCENZO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NTVB MEDIA INC.,<br><br>Defendant. | Case No. 5:22-cv-10352-FKB-KGA<br><br>Hon. F. Kay Behm<br>Mag. Kimberly G. Altman<br><br>**STIPULATION** |

## ORDER TO EXTEND TIME FOR PLAINTIFFS' RESPONSE BRIEF TO DEFENDANT'S OBJECTION (ECF NO. 43) TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF NO. 41)

This matter having come before the Court by Stipulation of the Parties, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the deadline by which Plaintiffs, individually and on behalf of all others similarly situated, must file their response to Defendant's Objections (ECF No. 43) to the Magistrate Judge's Report and Recommendation (ECF No. 41) is extended by 14 days, by and through April 28, 2023.

IT IS SO ORDERED.

                                                   s/F. Kay Behm
                                                   F. Kay Behm
                                                   United States District Judge

Dated: April 5, 2023