UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH RUSSETT, *et al*

        Plaintiffs,

v.                                    Case No. 22-10352
                                      Honorable F. Kay Behm

NTVB MEDIA INC.,

        Defendant.
_____/

**ORDER STRIKING MOTION FOR EXTENSION OF TIME
TO FILE REPLY IN SUPPORT OF OBJECTIONS TO
MAGISTRATE'S REPORT AND RECOMMENDATION**

On May 1, 2023, Defendant's counsel filed a Motion for Extension of Time to File Reply in Support of Objections to Magistrate's Report and Recommendation (ECF No. 47). The motion indicates that relief was sought, and Plaintiffs' counsel consented via email on May 1, 2023. Therefore,

**IT IS ORDERED** that the Motion for Extension of Time to File Reply in Support of Objections to Magistrate's Report and Recommendation (ECF No. 47) is **STRICKEN**.

**IT IS FURTHER ORDERED** that counsel shall submit a proposed stipulation and order for an extension of time, via the link located under the Utilities section of the ECF system.

**IT IS FURTHER ORDERED** that counsel shall submit proposed stipulations and orders and not file motions where the opposing counsel consented to the requested relief.

**IT IS SO ORDERED.**

s/F. Kay Behm
F. KAY BEHM
U.S. DISTRICT JUDGE

Dated: May 2, 2023