## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

EDWARD BRISCO; LINDA BALLARD; ANTHONY DEBERRY; GREG DONAHUE; GLADYS WAITERS; AND SUSAN VINCENZO, individually and on behalf of others similarly situated,

      Plaintiffs,

v.

NTVB MEDIA, INC.,

      Defendant.

Case No. 22-10352
Judge Sean F. Cox

### ORDER OF DISMISSAL WITH PREJUDICE

A stipulation having been filed and the Court being fully advised in the matter;

IT IS HEREBY ORDERED that the above-captioned is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED that this Order resolve the last pending claim in this matter and closes the case.


Dated:  September 27, 2024

s/Sean F. Cox
Sean F. Cox
U. S. District Judge